**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**JORDAN SALEM,**

        **Plaintiff,**

**v.**                                  **Civil Action No. 5:18cv81**
                                           **(Judge Stamp)**

**USP HAZELTON,**

        **Defendant.**

## ORDER DISMISSING CASE FOLLOWING NOTICE OF INTENT TO DISMISS

On May 3, 2018, the *pro se* Plaintiff, Jordan Salem, a federal inmate, filed a letter which was used to open this Bivens action. However, because this Court's local rules require initiating complaints to be on the Court approved form, the Clerk of Court issued the Plaintiff a Notice of Deficient Pleading and Intent to Dismiss. The Notice informed the Plaintiff that this case would be dismissed within 30 days. The Notice further informed the Plaintiff that if he wished to pursue his complaint, he would have to re-file it on the court-approved form which was enclosed. The Notice originally sent by regular mail, but was resent by certified mail, return receipt requested, and service was accepted on June 18, 2018.

The Plaintiff has failed to refile his complaint on the court-approved form. Accordingly, pursuant to the terms of the Notice, the Court **ORDERS** that this action is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is **DIRECTED** to mail a copy of this Order to the Plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED:** July 26, 2018

                                      /s/ Frederick P. Stamp, Jr._____
                                      FREDERICK P. STAMP
                                      **UNITED STATES DISTRICT JUDGE**